IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephen Genco,<br><br>        Plaintiff,<br>  v.<br>FIA Card Services, N.A.,<br><br>        Defendant. | NO. C 10-04259 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on February 28, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 18.) In the Joint Statement, the parties contend that they have reached a tentative settlement agreement. (Id. at 5.) In light of the parties' potential settlement, the Court finds that a Case Management Conference is premature at this time.

Accordingly, the Court CONTINUES the Case Management Conference to **March 28, 2011 at 10 a.m**. On or before **March 18, 2011**, the parties shall file either a Stipulated Dismissal in light of settlement or a Joint Case Management Statement that provides the Court with a proposed schedule as to how this case should proceed.

Dated: February 23, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sonia Salinas ssalinas@foley.com
Tami Sue Smason tsmason@foley.com
William Eric Kennedy willkennedy@pacbell.net

**Dated: February 23, 2011**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**