1  LAW OFFICE OF WILLIAM E. KENNEDY
   WILLIAM E. KENNEDY (CSB #158214)
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4  willkennedy@pacbell.net

5  Attorney for Plaintiff STEPHEN GENCO

*IT IS SO ORDERED*
*Judge James Ware*
3/21/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DISTRICT

| STEPHEN GENCO, | ) Case No. C 10-04259 JW |
|---|---|
| Plaintiff | ) **STIPULATION OF DISMISSAL** |
| vs. | ) |
| FIA CARD SERVICES, N.A. also known as BANK OF AMERICA CARD SERVICES | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the plaintiff STEPHEN GENCO and defendant FIA CARD SERVICES, N.A. also known as BANK OF AMERICA CARD SERVICES, that the above-captioned action be and hereby is dismissed with prejudice.

   The Clerk shall close this file.

STIPULATION OF DISMISSAL

1

|   |   |   |
|---|---|---|
| 1 |   | LAW OFFICE OF WILLIAM E. KENNEDY |
| 2 |   |   |
| 3 | Dated: 3/16/2011 | By: /s/ |
| 4 |   | WILLIAM E. KENNEDY<br>Attorney for Plaintiff STEPHEN GENCO |
| 5 |   |   |
| 6 |   | FOLEY & LARDNER LLP |
| 7 | Dated: 3/16/2011 | By: /s/ |
| 8 |   | Sonia Salinas<br>Attorneys for Defendant FIA Card Services N.A. |

STIPULATION OF DISMISSAL

2

1 | Plaintiff Genco concurs with the filing of this Stipulation, and I have in my
2 | possession e-mail correspondence to support this concurrence.
3 |
4 | Dated: March 16, 2011
5 |

Foley & Lardner LLP
Leila Nourani
Sonia Salinas

By: /s/ Sonia Salinas
Sonia Salinas
Attorney for Defendant FIA Card Services N.A.